# EXHIBIT A

# EXHIBIT A-1

☰ **EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**25SC-2889-B**
Judge T. Russell McClelland
OCT 13, 2025 04:16 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **James Lane,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | File No. _____ |
| | ) | |
| **Walmart, Inc. and** | ) | |
| **Wal-Mart Stores East, L.P.,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## COMPLAINT

COMES NOW Plaintiff James Lane ("**Lane**" or "**Plaintiff**"), by and through his counsel of record, and shows the following facts for his Complaint against Defendants Walmart, Inc. ("**Walmart**") and Wal-Mart Stores East, L.P. ("**Wal-Mart Stores**") (collectively, "**Defendants**").

### Parties, Jurisdiction and Venue

1.

Defendant Walmart is a Delaware corporation doing business in Georgia and is subject to the jurisdiction and venue of this Court. Service of process may be perfected by delivery of a copy of the Complaint and summons to its registered agent for service The Corporation Company at 410 Peachtree Parkway, Suite 4245, Cumming, Forsyth County, Georgia 30041.

2.

Defendant Wal-Mart Stores is a Delaware limited partnership which owns and operates a retail store in Forsyth County, Georgia and is subject to the jurisdiction and venue of this Court. Service of process may be perfected by delivery of a copy of the Complaint and summons to its

registered agent for service The Corporation Company at 410 Peachtree Parkway, Suite 4245, Cumming, Forsyth County, Georgia 30041.

3.

Plaintiff Lane brings this action for strict products liability and for negligence.

**Factual Allegations**

4.

Defendant Walmart manufactures, markets, imports, sells and/or distributes certain holiday decorations which it markets under the brand name "Holiday Time". Specifically, Walmart owns the brand name "Holiday Time" and one of its subsidiaries owns the trademark for the brand.

5.

Walmart contracts with various factories in China and Cambodia to manufacture its "Holiday Time" products. However, Walmart retains the duties and responsibilities for quality control standards, which it enforces on the contracted factories through its sourcing teams.

6.

Walmart then imports, markets, sells and distributes its "Holiday Time" products through its retail stores throughout the US.

7.

Defendant Wal-Mart Stores owns, operates, and manages a retail store located at 1500 Market Place Blvd., Cumming, Georgia 30041 where it sells Walmart's "Holiday Time" products.

8.

In December 2022, Lane purchased a 24-foot string of "Holiday Time" Christmas lights (the "**Lights**") in an assortment of colors, including white, red and blue, at the Walmart store in Cumming, Georgia.

2

9.

The Lights are designated as "LED Indoor / Outdoor" lights, and claim to "stay cool to the touch when lit."

10.

On the contrary, the Lights were defective at the time Lane purchased them. Among other things, the fuses in the Lights did not function properly, thereby allowing the Lights to continue to receive voltage when shorting out, thus causing extreme heat to be generated.

11.

As a result, on December 1, 2023, the Lights caught the grass on Lane's property on fire.

12.

In the process of extinguishing the fire in order to protect himself and his family, Lane sustained serious injuries.

13.

On Walmart's website, the Lights were rated by customers 1.9 of 5 stars, with two customers reporting that the lights were a *"fire hazard."* (The online customer reports are attached as Exhibit 1). Notably, these reports that the lights were a "fire hazard" on January 14, 2020 and January 19, 2021 were years before Lane purchased the Lights which caused the fire that led to Lane's injuries.

14.

In addition, in November 2015, years before Lane was injured, Health Canada warned that these Lights could overheat and cause a fire. (*See,* Exhibit 2). Although Walmart Canada Corp. discontinued carrying the Lights, Defendant did not heed the warning and continued to sell the Lights despite the reports from its customers and the warning from its affiliate.

3

## COUNT ONE
## STRICT PRODUCTS LIABILITY – DESIGN DEFECT
### (against Defendant Walmart)

15.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

16.

Plaintiff pleads this Count under Georgia's strict liability statute, O.C.G.A. § 51-1-11.

17.

At all times relevant to this action, Walmart was involved in designing, manufacturing, testing, selling and/or distributing the Lights, which are defective and unreasonably dangerous.

18.

The Lights are defective in their design in that they are not reasonably fit, suitable or safe for their intended purpose and their foreseeable risks exceed the benefits associated with their design. Specifically, the Lights are defective in design because they were intended to be used within close proximity to grass, trees, leaves and other flammable foliage and materials, and the fuses in the Lights did not function properly, thereby creating a foreseeable risk of fire.

19.

The defective condition of the Lights rendered them unreasonably dangerous, and the Lights were in this defective condition at the time they left the hands of Defendant Walmart.

20.

The Lights were expected to and did reach Plaintiff without substantial change in the condition in which they were designed, manufactured, labeled, sold, distributed, marketed, promoted, supplied, and otherwise released into the stream of commerce.

4

21.

The Lights were used for their intended purpose by Plaintiff and the Lights were not materially altered or modified prior to their use by Plaintiff.

22.

At or before the time the Lights were sold to Plaintiff, Walmart had knowledge of the design defect and could have altered the design to make it reasonably safe and eliminate the foreseeable risk of fire.

23.

Plaintiff was not able to discover, nor could he have discovered through the exercise of reasonable diligence, the defective nature of the Lights. Further, in no way could Plaintiff have known that Walmart had designed, developed, and manufactured the Lights in a such a way as to make the risk of harm or injury outweigh any benefits.

24.

Walmart had a duty to manufacture a product that was not unreasonably dangerous for its normal, intended use and it breached that duty.

25.

Walmart researched, designed, manufactured, tested, advertised, promoted, marketed, sold and/or distributed a defective product which, when used for its intended or reasonably foreseeable purpose, created an unreasonable risk of harm or injury to consumers such as Plaintiff, and is therefore strictly liable for the injuries sustained by Plaintiff.

26.

As a direct and proximate result of the defective condition of the Lights when sold to Plaintiff, and Plaintiff's use of the Lights as designed and intended by Walmart, Plaintiff suffered

5

serious injuries and economic loss and will continue to suffer harm, damages and economic loss in the future, for which he is entitled to recover.

**COUNT TWO**
**STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT**
**(against Defendant Walmart)**

27.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

28.

Plaintiff pleads this Count under Georgia's strict liability provision, O.C.G.A. § 51-1-11.

29.

At all times relevant to this action, Walmart was involved in designing, manufacturing, testing, selling and/or distributing the Lights, which are defective and unreasonably dangerous.

30.

The Lights were expected to and did reach Plaintiff without substantial change in their condition.

31.

The Lights deviated, in terms of construction and quality, from industry standards for electrical lighting devices in a manner that made them unreasonably dangerous.

32.

Walmart continued to market, promote, sell and distribute the Lights to consumers despite having full knowledge that the Lights posed substantial and avoidable bodily injury, including from fire.

33.

The foreseeable risks of the Lights were known and could have been avoided by Walmart.

34.

At all times relevant to this action, the Lights were defectively manufactured by Walmart in that their design is more dangerous than what an ordinary consumer would expect when used in an intended and reasonably foreseeable manner.

35.

As a direct and proximate result of Walmart's defective manufacture of the Lights, Plaintiff suffered and will continue to suffer damages for which he is entitled to recover, including but not limited to compensatory damages, consequential damages, interest, costs, and attorneys' fees.

## COUNT THREE
## NEGLIGENT DESIGN
### (against Defendant Walmart)

36.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

37.

At all times relevant to this action, Walmart was involved in designing, manufacturing, testing, selling and/or distributing the Lights, in the regular course of business which Plaintiff consumed.

38.

Walmart knew, or by the exercise of reasonable care should have known, that the Lights were unreasonably dangerous when used by consumers for their intended purpose and/or in a reasonably foreseeable manner.

7

39.

Walmart knew, or by the exercise of reasonable care should have known, that ordinary consumers such as Plaintiff would not have realized that the Lights posed a fire hazard.

40.

Walmart breached its duty to use reasonable care in the design of the Lights, specifically by designing the Lights in such a manner as to create an unreasonable fire hazard.

41.

Walmart further breached its duty to use reasonable care in the design of the Lights by failing to use commercially-feasible alternative designs to minimize the risk of fire.

42.

As a direct and proximate result of Walmart's negligent design, Plaintiff suffered and will continue to suffer damages for which he is entitled to recover, including but not limited to compensatory damages, consequential damages, interest, costs, and attorneys' fees.

**COUNT FOUR**
**NEGLIGENT MANUFACTURING**
**(against Defendant Walmart)**

43.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

44.

At all times relevant to this action, Walmart designed, manufactured, inspected, tested, packaged, labeled, marketed, advertised, promoted, supplied, distributed and/or sold the Lights, including the Lights sold to Plaintiff.

45.

Walmart had a duty to exercise reasonable care in the manufacturing, assembling, inspecting and packaging of the Lights.

46.

Walmart knew, or by the exercise of reasonable care should have known, that use of the Lights carelessly manufactured, assembled, inspected and packaged was dangerous, harmful and injurious when used by Plaintiff for its intended purpose and/or in a reasonably foreseeable manner.

47.

Walmart knew, or by the exercise of reasonable care should have known, that ordinary consumers such as Plaintiff would not have realized that the Lights posed a fire hazard.

48.

Without limitation, Walmart breached its duty of reasonable care in the manufacturing, assembling, inspecting, testing and packaging of the Lights by:

(a)     Failure to adequately enforce minimum quality control standards in the manufacturing process;

(b)     Failure to test/inspect the Lights during the manufacturing process; and/or

(c)     Failure to adequately determine/test the fuses in the Lights for fire risk.

49.

A reasonable manufacturer under the same or similar circumstances would have implemented appropriate manufacturing procedures to ensure the safety and quality of its product.

50.

Plaintiff was injured as a direct and proximate result of Walmart's failure to use reasonable care in manufacturing, assembling, inspecting, testing and packaging the Lights, as set forth above.

9

## COUNT FIVE
## BREACH OF EXPRESS WARRANTY
### (Against all Defendants)

51.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

52.

Defendants, through their advertising, promotional materials, and labeling, expressly warranted and affirmed that the Lights were safe for their intended uses and for uses which were reasonably foreseeable.

53.

Defendants specifically warranted that the Lights would "stay cool to the touch when lit."

54.

Defendants breached said express warranties in that the Lights were unsafe for their intended purposes, did not stay cool to the touch when lit, and were, in fact, a fire hazard.

55.

At all times relevant to this action, Defendants had knowledge of the fire hazard posed by the Lights.

56.

At all times relevant to this action, Defendants willfully failed to disclose the defects and fire hazard posed to consumers such as Plaintiff who purchased and used the Lights.

57.

In reliance upon the express warranties made by Defendants, Plaintiff purchased and used the Lights, believing that they were reasonably safe.

58.

Plaintiff notified Defendants of the breach.

59.

As a direct and proximate result of Defendants' breach of their express warranties concerning the Lights, Plaintiff suffered and will continue to suffer damages for which he is entitled to recover, including but not limited to compensatory damages, consequential damages, interest, costs, and attorneys' fees.

**COUNT SIX**
**BREACH OF IMPLIED WARRANTY**
**FITNESS PARTICULAR PURPOSE**
**(Against all Defendants)**

60.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

61.

At all times relevant to this action, Defendants, through their advertising and promotional materials, expressly and impliedly warranted and affirmed that the Lights were reasonably safe for use as holiday decorations, indoors and outdoors, and would safely "stay cool" while lit.

62.

Defendants intended to make consumers such as Plaintiff believe the Lights were safe.

63.

Defendants knowingly misled consumers such as Plaintiff to believe the Lights were safe, despite knowing that the Lights posed a fire hazard which could lead to serious injuries, all of which Defendants knew, or by the exercise of reasonable care should have known, ordinary consumers such as Plaintiff would be victim to.

64.

The Lights were in this defective condition at the time they were sold to Plaintiff.

65.

At all times relevant to this action, Defendants willfully failed to disclose the defects and fire hazard posed by the Lights to consumer such as Plaintiff.

66.

Plaintiff relied to his detriment on the information publicized by Defendants.

67.

Plaintiff notified Defendants of the breach.

68.

As a direct and proximate result of Defendants' breach of warranties concerning the Lights, Plaintiff suffered and will continue to suffer damages for which he is entitled to recover, including but not limited to compensatory damages, consequential damages, interest, costs, and attorneys' fees.

**COUNT SEVEN**
**BREACH OF IMPLIED WARRANTY**
**MERCHANTABILITY**
**(Against all Defendants)**

69.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

70.

At all times relevant to this action, Defendants have been a merchant in regard to the Lights they manufactured and sold to consumers.

12

71.

Defendants breached their implied warranty of merchantability because the Lights were defective when manufactured, designed and sold to Plaintiff and thus, did not achieve the ordinary purposes they advertise: reasonably safe for use as holiday decorations.

72.

As a direct and proximate result of Defendants' breach of warranties, Plaintiff suffered and will continue to suffer damages for which he is entitled to recover, including but not limited to compensatory damages, consequential damages, interest, costs, and attorneys' fees.

## COUNT SEVEN
## NEGLIGENCE
### (Against all Defendants)

73.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

74.

At all times relevant to this action, Defendants were each a "product seller" pursuant to O.C.G.A. § 511-11.1, as they marketed, packaged, sold, distributed and were involved in placing the Lights in the stream of commerce.

75.

As such, Defendants had a duty to exercise reasonable care in marketing, packaging, selling, distributing and placing the Lights in the stream of commerce. *Ream Tool Co. v. Newton,* 209 Ga.App. 226, 228 (1993).

13

76.

In addition, under Georgia law, retailers have a duty to ensure the products they sell are reasonably safe for consumers, to be aware of potential hazards and remove dangerous items from their shelves. *Sheats v. Kroger Co.,* 336 Ga. App. 307, 313 (2016) ("retailers owe consumers a duty to supply goods packed by reliable manufacturers, [which] are without imperfections that may be discovered by an exercise of the care, skill, and experience of dealers in such products generally.").

77.

Defendants either knew or should have known that the Lights were defective and were unreasonably dangerous as both its customers had reported that the Lights were a "fire hazard" and its Canadian affiliate had discontinued the Lights when Health Canada warned that these Lights "could overheat and cause a fire."

78.

Without limitation, Defendants breached their duty of reasonable care by:

(a)    Failing to adequately determine/test the fuses in the Lights for fire risk;

(b)    Failing to warn Plaintiff of a known hazard of the Lights;

(c)    Misrepresenting that the Lights would "stay cool" when lit despite knowledge that the Lights posed a fire hazard to consumers like Plaintiff;

(d)    Continuing to market, sell and distribute the Lights despite knowledge that the Lights were defective and posed a fire hazard to consumers like Plaintiff.

79.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered and will continue to suffer damages for which he is entitled to recover, including but not limited to compensatory damages, consequential damages, interest, costs, and attorneys' fees.

14

## COUNT EIGHT
## GROSS NEGLIGENCE
### (Against all Defendants)

80.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

81.

Defendants' actions show wanton disregard for the safety of others, and an entire want of care, which would raise the presumption of conscious indifference to consequences, thus entitling Plaintiff to punitive damages.

## COUNT NINE
## ATTORNEY'S FEES
### (Against all Defendants)

82.

Plaintiff realleges and incorporates by reference each and every allegation set forth above as if fully set forth herein.

83.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff unnecessary trouble and expense.

84.

Accordingly, Plaintiff is entitled to recover his reasonable attorney's fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff seeks the following relief against Defendants:

(a)     Compensatory damages in an amount sufficient to compensate him for his past and future medical bills, lost wages, pain and suffering, and permanent injuries:

    (1)     against Defendant Walmart, in strict product liability pursuant to O.C.G.A. § 51-1-11 and/or for breach of express and implied warranties;

    or alternatively,

    (2)     against both Defendants for negligence;

(b)     Punitive damages in an amount to be determined at trial;

(c)     all costs and expenses of this litigation pursuant to O.C.G.A. § 13-6-11, including court costs and reasonable attorneys' fees; and

(d)     such other and further relief as the Court deems just and proper.

This 13th day of October, 2025.

Respectively submitted,

DOVIN | FICKEN LLC

/s/ Edward J. Dovin
Edward J. Dovin
Georgia Bar No. 227645

/s/ Allison S. H. Ficken
Allison S. H. Ficken
Georgia Bar No. 355875

Monarch Plaza
3414 Peachtree Road NE
Suite 625
Atlanta, Georgia 30026
(770) 829-3869
(770) 829-3865 (fax)
ejdovin@dovinficken.com
ahficken@dovinficken.com

16

Home     Holiday Decor     Christmas Decor     Christmas Lights
Christmas Tree Lights by Color     Shop All Christmas Tree Lights by Color

**Back to item details**



**Customer ratings and reviews for**
Holiday Time Christmas Lights LED Clear Mini Lights, 100-Count

## 1.9 out of 5  ☆☆☆☆☆

10 ratings  |  10 reviews

| | | |
|---|---|---|
| 5 stars | ▬▬▬▬ | 20% (2) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | ▬▬ | 10% (1) |
| 1 star | ▬▬▬▬▬▬▬▬▬▬ | 70% (7) |

**How item rating is calculated** ⓘ

Sort and filter  ∨          ☆ Star rating  ∨          Verified purchases only

**Showing 1-10 of 10 reviews**

☆☆☆☆☆  **Verified Purchase** ⓘ                                        Dec 3, 2016

**Nice lights**

  Ⓠ **ChristmasLights**

https://www.walmart.com/reviews/product/...



EXHIBIT

tabbies

1

Works great with nice color. Would definitely recommend and purchase again.

Helpful?  (4)  (2)                                                    Report

☆☆☆☆☆ **Verified Purchase** ⓘ                                    Dec 21, 2016

### LED Clear Mini Lights

Q **KSGORDON**

Very Nice Lights

Helpful?  (0)  (3)                                                   Report

☆☆☆☆☆                                                          Jan 14, 2020

### Possible fire hazard

Q **Mrj**

Half the price of regular string lights but 2 of my 6 boxes didnt light up. And 2 strands went suddenly extremely bright white as a bulb blew out and consequently the strand got intensely hot in temperature. I had to disassemble my Xmas tree because its artificial and not supposed t...

Read more

Helpful?  (0)  (0)                                                  Report

☆☆☆☆☆                                                          Nov 20, 2016

### Check before you leave the store

Q **ToniT**

https://www.example.com/reviews/product/80087933                    ©2025, 2:46, PM
                                                                     Page 2 of 5

BE AWARE!!! Please share with your friends!!! I bought these lights at Walmart in Friendswood. The first box I got home and the lights were cut in half. I returned them and while getting another box I made sure to inspect the lights first. One box I opened had yellow lights, not whit...

Read more

Helpful?  👍 (26)   👎 (8)                                                    Report

☆☆☆☆☆                                                                      Dec. 6, 2016

### Huge time investment

Q  Disappointed

Purchased 2000 lights for a ten foot tree. Some lights were dead out of the box. 90% of the lights were dead after one day. Returning all.

Helpful?  👍 (11)   👎 (4)                                                    Report

☆☆☆☆☆                                                                      Jan 19, 2021

### FIRE HAZZARD!

Q  Jose

We bought three of these for our Christmas Tree. We didn't leave these lights extensively or or use them in any unordinary way. Two months after having been using them, one of the light chains started to smoke, melt, and burn! Very glad my wife caught on to it. Definitely not buyin...

Read more

Helpful?  👍 (0)   👎 (0)                                                    Report

☆☆☆☆☆                                                                      Nov 30, 2019

### AWEFUL ON TOP OF TERRIBLE!

Q  BJBlackwell

Worst Christmas lights on the entire planet!! Half of them didnt work out of the box so we took 2 boxes back thinking it was a fluke and once we FINALLY got them up 3/4 of the tree went dark and we had to take them ALL back off and start over! You shouldve seen the expression of...

Read more

Helpful?    👍 (0)    👎 (0)                                            Report

☆☆☆☆☆                                                                Dec 8, 2019

### waste of money and time

Ⓠ PATHETIC

If I could rate these as no stars I would. $100 in lights and its money wasted. Half the lights didnt work right out of the box. Half of the ones that DID work barely lasted through the first christmas season. I go to use them the next season and half the strands wont light up at all. The ones that...

Read more

Helpful?    👍 (0)    👎 (0)                                            Report

☆☆☆☆☆                                                                Nov 21, 2018

### DO NOT BUY

Ⓠ Customer

These lights are pathetic. Over half the lights don't light up, and walmart doesnt even carry extra bulbs. LEDS are suposed to last longer then regular bulbs, these barley last a day. Do NOT BUY THESE. The icicle lights are the same way.

Read more

Helpful?    👍 (0)    👎 (0)                                            Report

☆☆☆☆☆                                                                Dec 3, 2019

Ⓠ Jake

These lights worked wonderful for the first 6 hours on my 10 ft tree. Then strand by strand they

die. At hour 23 and down 3 strands

Helpful?  👍 (0)    👎 (0)                                                                Report

Government Gouvernement
of Canada du Canada

Canadä

**Recalls and safety alerts (/index-eng.php)**
Home (/index-eng.php)
> Recalls & alerts (/recall-alert-rappel-avis/index-eng.php)    > ⁘ Share (/connect-connectez/index-eng.php)    > ⟨⟩ Contrast (/alt/apps/style_switcher/style-switcher.php?contrast=on)    > 🖶 Print

Recalls and alerts more than 4 years old are automatically archived. While this information can still be accessed in the database, it has not been altered or updated since it was archived. Web pages that are archived on the Web are not subject to the Government of Canada Web Standards. As per the Communications Policy of the Government of Canada (http://www.tbs-sct.gc.ca/pol/doc-eng.aspx?id=12316), you can request alternate formats by      contacting us (mailto:publications@hc-sc.gc.ca?subject=Recalls+%26+Safety+Alerts (55846) Health+Canada+warns+of+potential+safety+hazards+with+some+seasonal+lights).

# Health Canada warns of potential safety hazards with some seasonal lights

⚠ Due to the extraordinary circumstances surrounding COVID-19 (https://www.canada.ca/en/public-health/services/diseases/coronavirus-disease-covid-19.html), recalling companies may not be available to provide information to consumers at this time regarding corrective actions for posted recalls. Consumers are advised to not use recalled products.

> Report a Concern (http://www.healthycanadians.gc.ca/report-signalez/index-eng.php)

| | |
|---|---|
| **Starting date:** | November 13, 2015 |
| **Posting date:** | November 13, 2015 |
| **Type of communication:** | Information Update |
| **Subcategory:** | Household Items, Tools and Electrical Products |
| **Source of recall:** | Health Canada |
| **Issue:** | Electrical Hazard, Fire Hazard, Flammability Hazard |
| **Audience:** | General Public |
| **Identification number:** | RA-55846 |

- Issue
- Related AWRs
- What Health Canada is doing

- What you should do
- Media enquiries

- Report health or safety concerns
- Public enquiries

## Issue

Health Canada is warning consumers of defects with some seasonal lights that may pose potential safety risks.

Health Canada initiated a national sampling and evaluation project to test seasonal lights due to a number of incident reports received by the department. Testing by Health Canada has shown hazards in several products including overheating, as well as the risk of fire and electric shock.

The following products are affected. Health Canada will update this list if there are additional recalls or communications related to the seasonal lights sampling project.

Products affected



| Product | Hazard Identified | Retailer(s)/Importer | Date |
|---|---|---|---|
| Life at Home® Indoor M5 Multicolour LED Lights (Set of 70) (/recall-alert-rappel-avis/hc-sc/2015/55802r-eng.php) | Overheating and fire hazard. | Loblaw Companies Ltd | 2015-11-12 |
| Christmas Light 50 Miniature Straight Line Indoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55830r-eng.php) | Overheating and fire hazard. | Dollarama | 2015-11-13 |
| Halloween 25 Miniature Straight Line Outdoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55832r-eng.php) | Electric shock hazard. | Dollarama | 2015-11-13 |
| Holiday Time 100 count Indoor Mini Light Set (/recall-alert-rappel-avis/hc-sc/2015/55902r-eng.php) | Overheating and fire hazard. | Wal-Mart Canada Corp | 2015-11-19 |
| Holiday Time Multi-Colour 100 LED C6 Light Set (/recall-alert-rappel-avis/hc-sc/2015/55906r-eng.php) | Overheating and fire hazard. | Wal-Mart Canada Corp | 2015-11-19 |
| MAGI Decor brand white indoor string lights - 100 miniature lights (/recall-alert-rappel-avis/hc-sc/2015/55922r-eng.php) | Fire and electric shock hazard. | Jean Coutu Group (PJC) Inc. | 2015-11-20 |
| CELEBRATE IT™ Christmas Basic Lights 100 Clear Indoor/ Outdoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55996r-eng.php) | Overheating and fire hazard. | The Michaels Companies, Inc. | 2015-11-24 |
| CELEBRATE IT™ Bright Tidings 50 LED Indoor/Outdoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55994r-eng.php) | Overheating and fire hazard. | The Michaels Companies, Inc. | 2015-11-24 |
| Danson Decor recalls Danson Decor 100 count Indoor Mini Light Sets (/recall-alert-rappel-avis/hc-sc/2015/56000r-eng.php) | Overheating and fire hazard. | Danson Decor Inc. | 2015-11-25 |
| Expanded Recall: Various Life at Home® brand seasonal lights (/recall-alert-rappel-avis/hc-sc/2015/56026r-eng.php) | Electric shock, overheating and/or fire hazard. | Loblaw Companies Ltd. | 2015-11-25 |
| Various seasonal light and mini light sets (/recall-alert-rappel-avis/hc-sc/2015/56038r-eng.php) | Electric shock, overheating and/or fire hazard. | Shoppers Drug Mart and Pharmaprix | 2015-11-27 |
| All seasonal lights bearing the CSA certification mark file number 241989 or 263917 (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56070r-eng.php) | Electric shock, overheating and/or fire hazard. | Various across Canada | 2015-11-28 |
| Expanded Recall: Jean Coutu Group (PJC) Inc. recalls various MAGI Decor brand seasonal lights (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56264r-eng.php) | Electric shock, overheating and/or fire | Jean Coutu Group (PJC) Inc. | 2015-12-11 |

| | | | |
|---|---|---|---|
| | | | hazard. |
| Expanded Recall: Wal-Mart Canada Corp. recalls various seasonal lights (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56258r-eng.php) | Overheating and fire hazard. | Wal-Mart Canada Corp | 2015-12-11 |
| All seasonal lights made by Taizhou Hongpeng Colour Lanterns Co., Ltd. or Ningbo EGO International Co. Ltd. recalled by various Canadian importers (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56254r-eng.php) | Electric shock, overheating and/or fire hazard. | Canadian Tire Corporation, CTG Brands Inc., Danson Decor Inc., Dollarama, Home Hardware, Link Product Solutions Ltd., Winnie Paper Inc. | 2015-12-11 |
| Sears Canada Inc. recalls WholeHome Noel 70 L.E.D. Lights (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56348r-eng.php) | Electric shock hazard. | Sears Canada Inc. | 2015-12-17 |
| Expanded Recall: The Michaels Companies, Inc. recalls various CELEBRATE IT™ brand Lights Sets (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56350r-eng.php) | Overheating and fire hazard | The Michaels Companies, Inc. | 2015-12-18 |
| Expanded Recall: All seasonal lights made by Taizhou Hongpeng Colour Lanterns Co., Ltd. or Ningbo EGO International Co. Ltd. recalled by various Canadian importers (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56364r-eng.php) | Electric shock, overheating and/or fire hazard | Danson Decor Inc., CTG Brands Inc., Canadian Tire Corporation, Lowe's Companies Canada, Home Hardware, JYSK Linen 'N Furniture, Dollarama, Winnie Paper Inc., FHC Fields, Le Groupe BMR, Federated Co-operatives Ltd, Giant Tiger Stores Ltd, Shirra Panwest, Truserv Canada, Link Product Solutions Ltd., North West Company | 2015-12-18 |
| NexScene LED String Fairy Lights sold across Canada may pose a serious safety risk (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56372r-eng.php) | Electric shock, overheating and/or fire hazard | Third party sellers via the Amazon.ca website | 2015-12-21 |
| Expanded Recall: Dollarama recalls Christmas 20 LED Light Sets (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56394r-eng.php) | Electric shock, overheating and/or fire hazard. | Dollarama | 2015-12-22 |
| Various "Holiday Collection" Seasonal Lights (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2015/56400r-eng.php) | Fire and electric shock hazard. | Canadian Tire Corporation, Ltd. | 2015-12-23 |
| Home Depot of Canada Inc. Recalls Home Accents Holiday 3-Pack Candy Cane Light Stakes Set (http://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2016/56640r-eng.php) | Electric shock, overheating and/or fire hazard. | Home Depot of Canada Inc. | 2016-01-15 |

# What you should do

Consumers who have any of the products identified should stop using these products immediately.

Consumers should be aware of the potential risks associated with the use of the affected seasonal lights and keep checking the Healthy Canadians Recalls and Safety Alerts Database (http://www.healthycanadians.gc.ca/recall-alert-rappel-avis/index-eng.php?utm_source=rsa_15&utm_medium=feature_en&utm_campaign=hc_features) for additional recalls or alerts. Follow the directions in each notice as

they may vary for each recall or alert.

Always read and follow the warning labels on all products, including seasonal light products. For more information on Holiday Safety (http://healthycanadians.gc.ca/security-securite/home-maison/holidays-temps_fetes-eng.php), visit the Healthy Canadians website.

# Report health or safety concerns

If you experience a health or safety problem with any product that you use, report it to Health Canada (http://www.hc-sc.gc.ca/cps-spc/advisories-avis/incident/index-eng.php) and to the manufacturer or the retailer where it was bought.

# Related AWRs

| | | |
|---|---|---|
| 🛒 | Dollarama recalls Halloween 25 Miniature Straight Line Outdoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55832r-eng.php)<br><br>2015-11-13 \| Consumer products | Recall |
| 🛒 | Dollarama recalls Christmas Light 50 Miniature Straight Line Indoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55830r-eng.php)<br><br>2015-11-13 \| Consumer products | Recall |
| 🛒 | Loblaw Companies Ltd recalls Life at Home® Indoor M5 Multicolour LED (70s) Seasonal Lights (/recall-alert-rappel-avis/hc-sc/2015/55802r-eng.php)<br><br>2015-11-12 \| Consumer products | Recall |
| 🛒 | Wal-Mart Canada Corp. recalls Holiday Time 100 count Indoor Mini Light Set (/recall-alert-rappel-avis/hc-sc/2015/55902r-eng.php)<br><br>2015-11-19 \| Consumer products | Recall |
| 🛒 | Wal-Mart Canada Corp. recalls Holiday Time Multi-Colour 100 LED C6 Light Set (/recall-alert-rappel-avis/hc-sc/2015/55906r-eng.php)<br><br>2015-11-19 \| Consumer products | Recall |
| 🛒 | Jean Coutu Group (PJC) Inc. recalls MAGI Decor Brand White Indoor String Lights (/recall-alert-rappel-avis/hc-sc/2015/55922r-eng.php)<br><br>2015-11-20 \| Consumer products | Recall |
| 🛒 | The Michaels Companies, Inc. recalls CELEBRATE ITTM Bright Tidings 50 LED Indoor/Outdoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55994r-eng.php)<br><br>2015-11-24 \| Consumer products | Recall |
| 🛒 | The Michaels Companies, Inc. recalls CELEBRATE ITTM Christmas Basic Lights 100 Clear Indoor/Outdoor Light Set (/recall-alert-rappel-avis/hc-sc/2015/55996r-eng.php)<br><br>2015-11-24 \| Consumer products | Recall |
| 🛒 | Danson Decor recalls Danson Decor 100 count Indoor Mini Light Sets (/recall-alert-rappel-avis/hc-sc/2015/56000r-eng.php)<br><br>2015-11-25 \| Consumer products | Recall |
| 🛒 | Expanded Recall: Loblaw Companies Ltd recalls various Life at Home® brand seasonal lights (/recall-alert-rappel-avis/hc-sc/2015/56026r-eng.php)<br><br>2015-11-25 \| Consumer products | Recall |
| 🛒 | Shoppers Drug Mart and Pharmaprix Recall Various Seasonal Light and Mini Light Sets (/recall-alert-rappel-avis/hc-sc/2015/56038r-eng.php)<br><br>2015-11-27 \| Consumer products | Recall |
| 🛒 | Expanded Recall: Jean Coutu Group (PJC) Inc. recalls various MAGI Decor brand seasonal lights (/recall-alert-rappel-avis/hc-sc/2015/56264r-eng.php) | Recall |

| | | | |
|---|---|---|---|
| | | 2015-12-11 \| Consumer products | |
| 🛒 | | Expanded Recall: Wal-Mart Canada Corp. recalls various seasonal lights (/recall-alert-rappel-avis/hc-sc/2015/56258r-eng.php)<br><br>2015-12-11 \| Consumer products | Recall |
| 🛒 | | All seasonal lights made by Taizhou Hongpeng Colour Lanterns Co., Ltd. or Ningbo EGO International Co. Ltd. recalled by various Canadian importers (/recall-alert-rappel-avis/hc-sc/2015/56254r-eng.php)<br><br>2015-12-11 \| Consumer products | Recall |
| 🛒 | | Sears Canada Inc. recalls WholeHome Noel 70 L.E.D. Lights (/recall-alert-rappel-avis/hc-sc/2015/56348r-eng.php)<br><br>2015-12-17 \| Consumer products | Recall |
| 🛒 | | Expanded Recall: All seasonal lights made by Taizhou Hongpeng Colour Lanterns Co., Ltd. or Ningbo EGO International Co. Ltd. recalled by various Canadian importers (/recall-alert-rappel-avis/hc-sc/2015/56364r-eng.php)<br><br>2015-12-18 \| Consumer products | Recall |
| 🛒 | | NexScene LED String Fairy Lights sold across Canada may pose a serious safety risk (/recall-alert-rappel-avis/hc-sc/2015/56372r-eng.php)<br><br>2015-12-21 \| Consumer products | Recall |
| 🛒 | | Expanded Recall: Dollarama recalls Christmas 20 LED Light Sets (/recall-alert-rappel-avis/hc-sc/2015/56394r-eng.php)<br><br>2015-12-22 \| Consumer products | Recall |
| 🛒 | | Canadian Tire Corporation, Ltd. recalls various "Holiday Collection" Seasonal Lights (/recall-alert-rappel-avis/hc-sc/2015/56400r-eng.php)<br><br>2015-12-23 \| Consumer products | Recall |
| 🛒 | | Home Depot of Canada Inc. Recalls Home Accents Holiday 3-Pack Candy Cane Light Stakes Set (/recall-alert-rappel-avis/hc-sc/2016/56640r-eng.php)<br><br>2016-01-15 \| Consumer products | Recall |

# Media enquiries

Health Canada
(613) 957-2983

# Public enquiries

(613) 957-2991
1-866 225-0709

CSA Group:
www.csagroup.org (http://www.csagroup.org)
(416) 747-4278

# What Health Canada is doing

Health Canada is seeking further information about products from the responsible companies as required. The chart above will be updated with links to any additional communications and recall notices that may be issued.

All affected products display CSA certification marks. Health Canada has contacted the CSA Group, which has advised that it is engaged in an active ongoing investigation of seasonal lighting. CSA Group has a zero tolerance policy for the misuse of its marks. For more information, please contact the CSA Group.

In Canada, industry is responsible for ensuring the safety of the products they sell. The *Canada Consumer Product Safety Act* prohibits the manufacture, importation, advertisement or sale of a consumer product that poses a danger to human health or safety.

Health Canada continues to demonstrate its ongoing commitment to help protect Canadians from potentially dangerous consumer products. Health Canada regularly tests consumer products on the Canadian market and will continue to monitor products to help keep consumers safe.

**Date modified:  2016-01-15**

# EXHIBIT A-2

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

⚐ **EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**25SC-2889-B**

**Judge T. Russell McClelland**
**OCT 13, 2025 04:16 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

CIVIL ACTION NUMBER  25SC-2889-B

Lane, James

---

**PLAINTIFF**

**VS.**

Walmart, Inc.
Wal-Mart Stores East, L.P.

---

**DEFENDANTS**

### SUMMONS

TO: WALMART, INC.

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

> **Allison S. H. Ficken**
> **Dovin Ficken LLC**
> **3414 Peachtree Road NE**
> **Suite 625**
> **Atlanta, Georgia 30326**
> **ahficken@dovinficken.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 13th day of October, 2025.**

Clerk of State Court

Greg G. Allen, Clerk
Forsyth County, Georgia

SC-1
Rev'd 10/24

Page 1 of 1

# EXHIBIT A-3

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**25SC-2889-B**
**Judge T. Russell McClelland**
**OCT 13, 2025 04:16 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

CIVIL ACTION NUMBER  25SC-2889-B

Lane, James

_____

**PLAINTIFF**

                                   **VS.**

Walmart, Inc.
Wal-Mart Stores East, L.P.

_____

**DEFENDANTS**

**SUMMONS**

TO: WAL-MART STORES EAST, L.P.

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Allison S. H. Ficken**
**Dovin Ficken LLC**
**3414 Peachtree Road NE**
**Suite 625**
**Atlanta, Georgia 30326**
**ahficken@dovinficken.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 13th day of October, 2025.**

Clerk of State Court

_____
Greg G. Allen, Clerk
Forsyth County, Georgia

SC-1
Rev'd 10/24

Page 1 of 1

# EXHIBIT A-4

## SHERIFF'S ENTRY OF SERVICE

____FORSYTH____ County, Georgia

⊟ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**25SC-2889-B**
**Judge T. Russell McClelland**
**OCT 22, 2025 01:04 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

Civil Action No. __25SC-2889-B__

Date Filed __10/13/25 04:16 PM__

Superior Court ☐
State Court ☒

Attorney's address and email

Ficken, Allison S. H.
Dovin Ficken LLC
3414 Peachtree Road NE
Suite 625
Atlanta, GEORGIA 30326-
ahficken@dovinficken.com

Lane, James
_____

**Plaintiff(s)**

Walmart, Inc.; Wal-Mart Stores East, L.P.
_____

**Defendant(s)**

Name and address of party to be served

__Walmart, Inc. c/o Corporation Service Company__

__410 Peachtree Parkway, Suite 4245__

__Cumming, Georgia 30041__

_____

**Garnishee**

☐ **(PERSONAL)** I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **(NOTORIOUS)** I have this day served the defendant _____ by leaving a copy of the action and summons and complaint at defendant's most notorious place of abode in this county.
I delivered the summons and complaint into hands of _____ described as follows: Age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

☑ **(CORPORATION)** Served the defendant _The Corporation Co_ , a corporation, by leaving a copy of the within action and summons with _Elise Burm_ in charge of the corporation's office and place of doing business of said corporation in this county.

☐ **(TACK & MAIL)** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **(NON EST)** I made a diligent search, and I did not find the defendant _____ in the jurisdiction of this Court.

This _22_ day of _Oct_ , 20_25_.

_____
Deputy Sheriff

SC-2
Rev'd 10/24

## Civil Paper - CIVIL PAPER     *CP85182*

| Civil ID | Case ID | File/Docket # | | |
|---|---|---|---|---|
| **85182** | | **25SC-2889-B** | | |

| Officer | | Location of Original Copy | Local # |
|---|---|---|---|
| **SHELDON, T. D.** | | | |

| PLAINTIFF NAME & ADDRESS | Court | Court Date |
|---|---|---|
| **LANE, JAMES** | | |

| | Date Issued | Date Received |
|---|---|---|
| | **10/13/2025** | **10/16/2025** |
| | Disposition | Disposition Date |
| | **Active** | **10/16/2025** |

### VERSUS

| DEFENDANT NAME & ADDRESS | SERVE TO ADDRESS: |
|---|---|
| **WALMART INC. C/O THE CORPORATION CO** **410 Peachtree Pkwy , 4245** **Cumming,GA  30041** | Beat: **S61** District: **STH** ReportArea: **COM5** Neighbhd: SubDivsn: |

**DEFENDANT NAME & ADDRESS**

| Race / Sex / DOB | SSN |
|---|---|
| Employer Information | |

| Home Phone | Work Phone | Notes (for above Defendant) |
|---|---|---|

**Alerts**

PRIORITY

### SERVICE NOTES

### FIRST ATTEMPT

| Successful ☐ Yes ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served **Serve To Address:** | | | Comments (include new address) | |

### SECOND ATTEMPT

| Successful ☐ Yes ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served | | | Comments (include new address) | |

### THIRD ATTEMPT

| Successful ☐ Yes ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served | | | Comments (include new address) | |

# EXHIBIT A-5

## SHERIFF'S ENTRY OF SERVICE

⊞ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**25SC-2889-B**

**Judge T. Russell McClelland**
**OCT 28, 2025 02:18 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

_____ FORSYTH _____ County, Georgia

Civil Action No. __25SC-2889-B__

Date Filed _____ 10/13/25 04:16 PM _____

Superior Court ☐
State Court ☒

Attorney's address and email

**Ficken, Allison S. H.**
**Dovin Ficken LLC**
**3414 Peachtree Road NE**
**Suite 625**
**Atlanta, GEORGIA 30326-**
**ahficken@dovinficken.com**

Lane, James _____

_____ Plaintiff(s)

Walmart, Inc.; Wal-Mart Stores East, L.P. _____

Name and address of party to be served

__Wal-Mart Stores East, L.P. c/o Corporation Service Company__

__410 Peachtree Parkway, Suite 4245__

Cumming, Georgia 30041

_____ Defendant(s)

_____ Garnishee

☐ **(PERSONAL)** I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **(NOTORIOUS)** I have this day served the defendant _____ by leaving a copy of the action and summons and complaint at defendant's most notorious place of abode in this county.
I delivered the summons and complaint into hands of _____described as follows: Age, about _____ years; weight, about _____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

☒ **(CORPORATION)** Served the defendant __The Corporation__ a corporation, by leaving a copy of the within action and summons with __Elisse Small__ in charge of the corporation's office and place of doing business of said corporation in this county.

☐ **(TACK & MAIL)** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **(NON EST)** I made a diligent search, and I did not find the defendant _____ in the jurisdiction of this Court.

This __72__ day of __OCT__, 20__25__.

_____
Deputy Sheriff

SC-2
Rev'd 10/24

# EXHIBIT A-6

## SHERIFF'S ENTRY OF SERVICE

FORSYTH _____ County, Georgia

⧉ **EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**25SC-2889-B**
**Judge T. Russell McClelland**
**OCT 28, 2025 02:18 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

Civil Action No. __25SC-2889-B__

Date Filed _____ **10/13/25 04:16 PM** _____

Superior Court ☐
State Court ☒

Attorney's address and email

**Ficken, Allison S. H.**
**Dovin Ficken LLC**
**3414 Peachtree Road NE**
**Suite 625**
**Atlanta, GEORGIA 30326-**
**ahficken@dovinficken.com**

Lane, James _____

_____ **Plaintiff(s)**

Walmart, Inc.; Wal-Mart Stores East, L.P. _____

Name and address of party to be served

__Walmart, Inc. c/o Corporation Service Company__

__410 Peachtree Parkway, Suite 4245__

Cumming, Georgia 30041

_____ **Defendant(s)**

_____ **Garnishee**

☐ **(PERSONAL)** I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **(NOTORIOUS)** I have this day served the defendant _____ by leaving a copy of the action and summons and complaint at defendant's most notorious place of abode in this county.
I delivered the summons and complaint into hands of _____ described as follows: Age, about _____ years; weight, about _____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

☑ **(CORPORATION)** Served the defendant _The Corporation Co._, a corporation, by leaving a copy of the within action and summons with _Crist Buell_ in charge of the corporation's office and place of doing business of said corporation in this county.

☐ **(TACK & MAIL)** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **(NON EST)** I made a diligent search, and I did not find the defendant _____ in the jurisdiction of this Court.

This __22__ day of __OCT__, 20__25__.

_____
Deputy Sheriff

SC-2
Rev'd 10/24

# EXHIBIT A-7

11/20/25, 1:09 PM    re:SearchGA - JAMES LANE vs. Walmart Inc,Walmart Stores East LP 25SC-2889-B

Case 2:25-cv-00377-SCJ   Document 1-1   Filed 11/21/25   Page 44 of 44

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/56b28d7f02d44c8ba1b740f228c6da90

## Case Information

## JAMES LANE vs. Walmart Inc,Walmart Stores East LP

25SC-2889-B

Location
Forsyth - State Court

Case Category
Civil

Case Type
Other General Civil

Case Filed Date
10/13/2025

Judge
T. Russell McClelland

Case Status
Pending Disposition

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | LANE, JAMES | | DOVIN, EDWARD J, FICKEN, ALLISON S.H. |
| Defendant | Walmart Inc | | |
| Defendant | Walmart Stores East LP | | |

## Events [7]

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 10/12/2025 | Service | | Service Input | - | - |
| 10/13/2025 | Filing | | Complaint | | Complaint.pdf |
| 10/13/2025 | Filing | | Summons | | Summons.pdf |
| 10/13/2025 | Filing | | Summons | | Summons.pdf |
| 10/22/2025 | Filing | | Sheriffs Entry of Service-Served | served 10/22/2025 | Sheriffs Entry of Service-Served.pdf |
| 10/28/2025 | Filing | | Sheriffs Entry of Service-Served | Oct 22 | Sheriffs Entry of Service-Served.pdf |
| 10/28/2025 | Filing | | Sheriffs Entry of Service-Served | Oct 22 | Sheriffs Entry of Service-Served.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.9.2.1618



EMPOWERED BY
TYLER TECHNOLOGIES